# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON WILLIAM GINSBACH,
                          Appellant,
                vs.
JENNIFER PURDY, A/K/A JENNIFER
GINSBACH,
                          Respondent.

No. 75462

**FILED**

OCT 0 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
        DEPUTY CLERK

## *ORDER DISMISING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rebecca Burton, District Judge, Family Court Division
       Jason William Ginsbach
       Jennifer Purdy
       Eighth District Court Clerk

18-38444